22,445-10,11

7-28-15

Court of Criminal Appeals of Texas
P.O. BOX 12308
Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 0 3 2015

Abel Acosta, Clerk

Adam Garcia
#533696 Eastham
2665 Prison Road #1
Lovelady, TX 75851

Dear Clerk:

A letter to the Court of Appeals to notify you about this matter. I wrote a letter to Chris Daniel to inform him about this important issue, that I have accidently sent two applications for Article 11.07 to the wrong address, that the Clerk Chris Daniel, of Harris County, Texas has filed not two, but three Applications for Article 11.07 for the same application No. 0531179, G, H, and the other I do not know because I have never received a response to this matter.

The only letter I received "stated" the Clerk is ordered to prepare a transcript of all papers in cause number 0531179-G and transmit same to the Court of Criminal Appeals including copies of the following documents:

1). Transcript
2). The State's Answer
3). The Court's Order
4). The Indictment, Judgement, and Sentence
5). Application for a Writ of Habeas Corpus, Article 11.07
6). The Applicant pursuant post-conviction relief under Article 11.07 Sec. 4(a) with memorandum in support of actual innocence.

1

I have never received a response from the Clerk of Court of Criminal Appeals for their receipt of my paperwork. This paper-work was sent to the Court of Criminal Appeals, but I have never received a receipt from the Court that they have received the a-bove listed paperwork.

c/c file

#533696 Adam Garcia

CAUSE NO. 0531179-G-H

EX PARTE                              §       IN THE 176th DISTRICT COURT

                                      §                OF

ADAM GARCIA, APPLICANT                §       HARRIS COUNTY, TEXAS


## TO INFORM THE DISTRICT CLERK

DISTRICT CLERK CHRIS DANIEL:

The applicant, Adam Garcia, #533696, who wrote you a letter to inform you about this matter, that I accidently sent my application for Article 11.07 to the wrong address, and have never received a response in this matter.

Now again, I have a copy here with me that I sent you this the Applicant Pursuant Post-Conviction Relief under Article 11.07 Sec. 4 (a) with Memorandum in Support of Actual Innocence to your office, Harris County District Clerk, P.O. Box 4651, Houston, TX 77210-4651, on 6-11-15.

I received a letter from you stating, "cause number 0531179-G is still pending", and now, "cause number 0531179-H has been filed again which is the same cause number 0531179 to the wrong address.

I didn't know which one to put; cause number 0531179-G, or -H. Please put the correct one and send/inform me of this matter, and let the 176th District Court know about this matter and about the application motion I sent to you.

I forgot to put the letter of the Application Motion I sent to you and thankyou for your time and effort in this matter.

1

I, Adam Garcia #533696, am the Applicant/Petitioner and being presently incarcerated in Eastham Unit, declare under penalty of perjury that, according to my belief, the facts stated in the above application are true and correct.


Signed on June 15, 2015          Respectfully submitted,


Mr. Adam Garcia TDCJ ID#533696
Eastham Unit
2665 Prison Road #1
Lovelady, TX 75851